IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRANIS CATES and ANDREW ALLISON individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>DUN & BRADSTREET, INC., a Delaware corporation,<br><br>*Defendant*. | Case No. 2:15-cv-01617-MCA-JBC<br><br>[Hon. Madeline C. Arleo] |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on July 6, 2015, or as soon thereafter as counsel may be heard, Plaintiffs Tranis Cates and Andrew Allison, through their undersigned counsel, will move this Court before the Honorable Madeline Cox Arleo at the United States Courthouse for the District of New Jersey located at 50 Walnut Street, Newark, New Jersey, for the relief requested in Plaintiffs' Motion for Class Certification and any other relief that this Court deems reasonable and just.

                                              Respectfully submitted,

                                              **TRANIS CATES and ANDREW ALLISON**, individually and on behalf of all others similarly situated,

Dated: June 2, 2015					By: /s/ Stefan L. Coleman
							One of Plaintiffs' Attorneys

							Rafey S. Balabanian (*Pro Hac Vice*)
							rbalabanian@edelson.com
							Ari Scharg (*Pro Hac Vice*)
							ascharg@edelson.com
							Alicia Hwang (*Pro Hac Vice*)
							ahwang@edelson.com
							EDELSON PC
							350 North LaSalle Street, Suite 1300
							Chicago, Illinois 60654
							Tel: 312.589.6370
							Fax: 312.589.6378


							Stefan L. Coleman (#000382009)
							law@stefancoleman.com
							LAW OFFICES OF STEFAN COLEMAN, LLC
							1072 Madison Avenue, Suite 1
							Lakewood, New Jersey 08701
							Tel: 877.333.942

2

## **CERTIFICATE OF SERVICE**

I, Stefan L. Coleman an attorney, hereby certify that on June 2, 2015, I served the above and foregoing *Notice of Plaintiffs' Motion for Class Certification* by by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this 2nd day of June 2015.

/s/ Stefan L. Coleman
Stefan L. Coleman
