# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRANIS CATES and ANDREW ALLISON individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DUN & BRADSTREET, INC., a Delaware corporation,<br><br>*Defendant*. | Case No. 2:15-cv-01617-MCA-JBC<br><br>[Hon. Madeline C. Arleo] |

## [PROPOSED] ORDER

**THIS MATTER** having come before the Court on Plaintiffs Tranis Cates and Andrew Allison's ("Plaintiffs") ***Motion for Class Certification***, the Court having considered the motion papers submitted by the parties and good cause having been shown,

**IT IS HEREBY ORDERED AND ADJUDGED:**

(1)     Plaintiffs' Motion for Class Certification is entered and continued; and

(2)     The Court reserves ruling on Plaintiffs' Motion for Class Certification until following the close of class discovery, at which time, Plaintiffs may file an updated Memorandum in support of their Motion.

Entered: _____   _____
                                                                       Honorable Madeline C. Arleo