IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRANIS CATES and ANDREW ALLISON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>DUN & BRADSTREET, INC., a Delaware corporation,<br><br>*Defendant.* | Civil Action No. 2:15-cv-01617-MCA-LDW<br><br>Hon. Madeline C. Arleo |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41

Plaintiffs Tranis Cates and Andrew Allison ("Plaintiffs") and Defendant Dun & Bradstreet, Inc. ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of Plaintiffs' individual claims in this action *with prejudice* and to the dismissal of the putative class members' claims in this action *without prejudice*.

NOW THEREFORE, IT IS HEREBY STIPULATED and AGREED:

1) Plaintiffs' claims against Defendant in this action shall be dismissed *with prejudice* and the claims of the putative class members against Defendant in this action shall be dismissed *without prejudice*; and

2) Each party shall bear its own costs.

IT IS SO STIPULATED.

\*         \*         \*

          Respectfully submitted,

Dated: February 3, 2016      By: <u>Stefan Coleman</u>

Ari J. Scharg
ascharg@edelson.com
Alicia E. Hwang
ahwang@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Stefan L. Coleman
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, LLC
Lakewood, New Jersey 08701
Tel: 877.333.9427
Fax: 888.498.8946

*Attorneys for Plaintiffs and the Putative Class*

Dated: February 3, 2016      By: <u>Margot Wilensky (w/ permission)</u>

Margot Wilensky
Scott L. Haworth
margot.wilensky@hcglawfirm.com
scott.haworth@hcandglaw.com
HAWORTH COLEMAN &
GERSTMAN, LLC
45 Broadway, 21st Floor
New York, NY 10006

Isaac J. Colunga
isaac.colunga@icemiller.com
ICE MILLER LLP
200 W. Madison Street, Suite 3500
Chicago, IL 60606

*Attorneys for Defendant Dun & Bradstreet, Inc.*

SO ORDERED

Hon. Madeline Cox Arleo, U.S.D.J.   2/11/16